# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LELAH GERSTNER,<br>    Plaintiff,<br><br>    v.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br>    Defendant | **Case No.: 2:11-cv-3788-BMS** |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41.1(b), counsel for all parties hereto stipulate to the dismissal with prejudice without cost to either party.

/S/ Ross S. Enders	/S/ Craig Thor Kimmel
Ross S. Enders, Esquire	Craig Thor Kimmel, Esquire
Attorney ID: 89840	Attorney ID: 57100
Attorney for Defendant	Attorney for the Plaintiff

Date: October 27, 2011	Date: October 27, 2011

BY THE COURT:

_____
                                                               J.